DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SAMMIE LEE SCALES,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-1552

[December 12, 2019]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; Sherwood Bauer, Judge; L.T. Case Nos. 432001CF000779A and 432001CF000793A.

Sammie Lee Scales, Coleman, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GROSS, TAYLOR and CIKLIN, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***